**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re:   CEDRIC WEST SR
        FLORENCE WEST

        Debtor(s)

Case No.: 08-27510

**CHAPTER 13 STANDING TRUSTEE FINAL REPORT AND ACCOUNT**

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/14/2008.

2) The case was confirmed on          .

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 02/18/2009.

6) Number of months from filing to the last payment:  14

7) Number of months case was pending:  8

8) Total value of assets abandoned by court order:  NA

9) Total value of assets exempted: $     3,500.00

10) Amount of unsecured claims discharged without payment $       .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(4/1/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 695.00 |
| Less amount refunded to debtor | $ | .00 |
| **NET RECEIPTS** | $ | 695.00 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | 644.96 |
| Court Costs | $ | .00 |
| Trustee Expenses and Compensation | $ | 50.04 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 695.00 |
| Attorney fees paid and disclosed by debtor | $ | 76.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AMERICREDIT FINANCIA | SECURED | 1,000.00 | 1,271.53 | 1,000.00 | .00 | .00 |
| AMERICREDIT FINANCIA | UNSECURED | 100.00 | .00 | 271.53 | .00 | .00 |
| CHASE HOME FINANCE L | SECURED | 185,000.00 | 161,068.70 | .00 | .00 | .00 |
| CHASE HOME FINANCE L | SECURED | 11,652.17 | 13,558.79 | .00 | .00 | .00 |
| FORD MOTOR CREDIT CO | SECURED | 398.00 | .00 | 398.00 | .00 | .00 |
| FORD MOTOR CREDIT | SECURED | 7,000.00 | 9,724.77 | .00 | .00 | .00 |
| FORD MOTOR CREDIT | UNSECURED | 2,943.02 | NA | NA | .00 | .00 |
| ACCESS COMMUNITY HEA | UNSECURED | 70.00 | NA | NA | .00 | .00 |
| ACCESS COMMUNITY HEA | UNSECURED | 30.00 | NA | NA | .00 | .00 |
| AMERICASH LOANS | UNSECURED | 3,500.00 | 3,701.37 | 3,701.37 | .00 | .00 |
| ARROW FINANCIAL SERV | UNSECURED | 1,642.11 | NA | NA | .00 | .00 |
| AT & T BANKRUPCTY | UNSECURED | 384.74 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 853.23 | 913.34 | 913.34 | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 1,449.93 | 1,497.44 | 1,497.44 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 986.86 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 1,027.70 | 1,047.46 | 1,047.46 | .00 | .00 |
| CHECK INTO CASH | UNSECURED | 400.00 | NA | NA | .00 | .00 |
| CHECK INTO CASH | UNSECURED | 950.00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 1,989.77 | 1,739.79 | 1,739.79 | .00 | .00 |
| CITIFINANCIAL INC | UNSECURED | 17,925.58 | 17,625.58 | 17,625.58 | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO PARK | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | OTHER | NA | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(4/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CITY OF CHICAGO | OTHER | NA | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 190.00 | 280.00 | 280.00 | .00 | .00 |
| GE CONSUMER FINANCE | UNSECURED | 3,761.06 | 3,794.20 | 3,794.20 | .00 | .00 |
| FIRST CASH ADVANCE | UNSECURED | 600.00 | NA | NA | .00 | .00 |
| HOLY CROSS HOSPITAL | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| HSBC NEVADA | UNSECURED | 1,746.41 | NA | NA | .00 | .00 |
| HSBC BANK N | UNSECURED | 1,069.00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 894.32 | 963.72 | 963.72 | .00 | .00 |
| IL DEPT OF EMPLOYMEN | UNSECURED | 690.00 | 690.00 | 690.00 | .00 | .00 |
| INSTANT CASH | UNSECURED | 810.00 | NA | NA | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 600.60 | 600.60 | 600.60 | .00 | .00 |
| KING SIZES | UNSECURED | 875.21 | NA | NA | .00 | .00 |
| LVNV FUNDING | UNSECURED | 573.85 | 666.48 | 666.48 | .00 | .00 |
| LVNV FUNDING | OTHER | NA | NA | NA | .00 | .00 |
| PAYDAY LOAN STORE | UNSECURED | 147.95 | NA | NA | .00 | .00 |
| PAYDAY LOAN STORE | UNSECURED | 900.00 | NA | NA | .00 | .00 |
| PAYDAY LOAN STORE OF | UNSECURED | 1,000.00 | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 612.21 | 667.75 | 667.75 | .00 | .00 |
| PAYDAY LOAN STORE | UNSECURED | 1,000.00 | NA | NA | .00 | .00 |
| US RAILROAD RETIREME | UNSECURED | 3,579.18 | 3,568.97 | 3,568.97 | .00 | .00 |
| SINAI HEALTH SYSTEM | UNSECURED | 126.70 | NA | NA | .00 | .00 |
| MT SINAI HOSPITAL | OTHER | NA | NA | NA | .00 | .00 |
| SINAI HEALTH SYSTEM | UNSECURED | 254.00 | NA | NA | .00 | .00 |
| SINAI MEDICAL GROUP | OTHER | NA | NA | NA | .00 | .00 |
| SINAI HEALTH SYSTEM | UNSECURED | 770.70 | NA | NA | .00 | .00 |
| SINAI MEDICAL GROUP | OTHER | NA | NA | NA | .00 | .00 |
| SINAI HEALTH SYSTEM | UNSECURED | 310.10 | NA | NA | .00 | .00 |
| SINAI HEALTH SYSTEM | UNSECURED | 478.10 | NA | NA | .00 | .00 |
| SINAI HEALTH SYSTEM | UNSECURED | 238.00 | NA | NA | .00 | .00 |
| SINAI HEALTH SYSTEM | UNSECURED | 315.00 | NA | NA | .00 | .00 |
| SINAI MEDICAL GROUP | UNSECURED | 48.00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 2,550.17 | 2,637.97 | 2,637.97 | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | 800.00 | NA | NA | .00 | .00 |
| WEST SIDE EMERGENCY | UNSECURED | 778.00 | NA | NA | .00 | .00 |
| WEST SUBURBAN HOSPIT | UNSECURED | 350.00 | NA | NA | .00 | .00 |
| CHASE HOME FINANCE L | OTHER | NA | NA | NA | .00 | .00 |
| DEVON FINANCIAL SERV | UNSECURED | NA | 1,227.28 | 1,227.28 | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | NA | 1,055.07 | 1,055.07 | .00 | .00 |

**UST Form 101-13-FR-S(4/1/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 1,398.00 | .00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 1,398.00 | .00 | .00 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 42,948.55 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 695.00 |
| Disbursements to Creditors | $ | .00 |
| **TOTAL DISBURSEMENTS:** | $ | 695.00 |

12)   The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   06/23/2009        /s/ Tom Vaughn
                           Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(4/1/2009)**